# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TONI J. CANNELLA  
2303 QUINCY CIRCLE  
ROCKFORD, IL  61103

SSN-xxx-xx-9610

Case Number: 07-72734

Case filed on: 11/8/2007  
Plan Confirmed on: 1/28/2008

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $2,100.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 546.54 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 546.54 | 0.00 |
| 999 | TONI J. CANNELLA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMCORE BANK NA | 18,714.78 | 18,714.78 | 294.56 | 1,101.44 |
| 002 | CITIMORTGAGE INC | 4,768.93 | 4,768.93 | 0.00 | 0.00 |
|  | Total Secured | 23,483.71 | 23,483.71 | 294.56 | 1,101.44 |
| 003 | CAPITAL ONE | 543.92 | 543.92 | 0.00 | 0.00 |
| 004 | ROUNDUP FUNDING LLC | 603.05 | 603.05 | 0.00 | 0.00 |
| 005 | COMED CO | 220.45 | 220.45 | 0.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 1,310.88 | 1,310.88 | 0.00 | 0.00 |
| 007 | NICOR GAS | 351.25 | 351.25 | 0.00 | 0.00 |
| 008 | SECURITY FINANCE | 376.43 | 376.43 | 0.00 | 0.00 |
| 009 | VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | DEBROAH VICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CAPITAL ONE | 771.34 | 771.34 | 0.00 | 0.00 |
|  | Total Unsecured | 4,177.32 | 4,177.32 | 0.00 | 0.00 |
|  | Grand Total: | 30,661.03 | 30,661.03 | 841.10 | 1,101.44 |

Total Paid Claimant:        $1,942.54  
Trustee Allowance:          $157.46  
Percent Paid Unsecured:      0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer    
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008            By  /s/Heather M. Fagan